# In the United States Court of Federal Claims
No. 11-268P
(Filed: August 25, 2011)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SECURITYPOINT HOLDINGS, LLC,

     *Plaintiff*,

v.

THE UNITED STATES,

     *Defendant*.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

     Pending is plaintiff's unopposed motion to correct the ordering of its exhibits attached to the First Amended Complaint. For good cause shown, the motion is granted. Exhibit B shall hereby refer to the 2006 Checkpoint Design Guide; Exhibit C shall hereby refer to the 2009 Checkpoint Design Guide.

                                        s/ Eric G. Bruggink
                                        ERIC G. BRUGGINK
                                        Judge