# In the United States Court of Federal Claims

No. 11-268C
(Filed: October 26, 2017)

**********************************

SECURITYPOINT HOLDINGS, INC.,

       *Plaintiff*,

v.

THE UNITED STATES,

       *Defendant*.

**********************************

## ORDER

Defendant filed a motion for extension of time to complete discovery on September 15, 2017. That motion is fully briefed and oral argument was held on October 18, 2017. On October 13, 2017, defendant also filed a motion to compel production of discovery related to damages and for a protective order concerning certain of plaintif"'s discovery requests. A status conference regarding these two motions was held on October 25, 2017. Pursuant to the representations made during oral argument and at the status conference, the following is ordered:

1.  Defendant shall file its reply in support of its motion to compel on or before October 27, 2017.

2.  Oral argument on defendant's motion to compel will be held on November 1, 2017, at 10:30 am at the National Courts Building in Washington, DC.

3.  All other deadlines are stayed pending resolutions of defendant's two  motions.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Senior Judge