# In the United States Court of Federal Claims

No. 11-268C
(Filed: November 2, 2017)

```
************************************
```
SECURITYPOINT HOLDINGS, INC.,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*.
```
************************************
```

## ORDER

    As stated on the record during the oral argument held on November 1, 2017, defendant's September 15, 2017 motion for an extension of time to complete discovery is granted; and defendant's October 13, 2017 motion to compel discovery responses and for a protective order is granted in part and denied in part as stated on the record.[1]  Accordingly, the following is ordered:

    1.  Defendant shall respond to plaintiff's First Set of Interrogatories Related to Damages, plaintiff's First Set of Requests for Admissions, plaintiff's First Set of Requests for Production Related to Damages, and plaintiff's Second Set of Requests for Production Related to Damages on or before December 19, 2017.

    2.  The parties shall complete all fact discovery on or before April 30, 2018.

---

[1] Plaintiff included in its opposition to the motion for an extension of time a request for a sanction in the form of deemed infringement.  We did not treat that request as a separate motion.  *See* Scheduling Order, Oct. 2, 2017, ECF No. 290.  That request is denied without prejudice.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Senior Judge
